**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GIRARD STREET INVESTMENT HOLDINGS LLC,

               Plaintiff,

        v.

PDV HOLDING, INC.,

             Defendant.

Case No. 24-cv-4448

## <u>RULE 7.1 STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Girard Street Investment Holdings LLC, states that it is a wholly owned subsidiary of Gramercy Venezuela Opportunity Fund II, which is a Cayman Islands limited company.

Dated: June 10, 2024                          Respectfully,
New York, NY


By: /s/ *Evan Glassman*_____
    Evan Glassman
    STEPTOE LLP
    1114 Avenue of the Americas
    New York, NY 10036
    Tel: (212) 506-3900
    Fax: (212) 506-3950
    E-mail: eglassman@steptoe.com

    Michael J. Baratz
    (*pro hac vice* application forthcoming)
    Emma Marshak
    (*pro hac vice* application forthcoming)
    STEPTOE LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036
    Tel: (202) 429-3000
    Fax: (202) 429-3902
    E-mail: mbaratz@steptoe.com
    E-mail: emarshak@steptoe.com

    *Counsel for Plaintiff*
    *Girard Street Investment Holdings LLC*