# EXHIBIT C

| | |
|---|---|
| **From:** | Baratz, Michael <MBaratz@steptoe.com> |
| **Sent:** | Monday, June 24, 2024 2:04 PM |
| **To:** | Ellis, Justin |
| **Cc:** | Glassman, Evan; Kelley, Mark; Ahn, Lois; Marshak, Emma |
| **Subject:** | RE: [EXTERNAL] RE:  RE: Girard Street Investment Holdings LLC v. PDV Holding, No. 24 Civ. 4448 (SDNY) |

Justin:

Thanks for your patience while I was out of the office. I explained to my client the issues we discussed on our call. I am authorized to tell you that my client has no current intention to seek immediate or provisional relief with respect to the *Crystallex* auction in the SDNY case.  Based on this representation, I assume that your clients have no need to intervene now.  Let me know if you would like to discuss further.

Regards,

**Michael J. Baratz**
Partner
MBaratz@steptoe.com

**Steptoe**

+1 202 429 6468 direct     Steptoe LLP
+1 202 288 8106 mobile    1330 Connecticut Avenue, NW
+1 202 429 3902 fax          Washington, DC 20036
                                          www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Glassman, Evan <eglassman@steptoe.com>
**Sent:** Saturday, June 15, 2024 3:47 PM
**To:** Ellis, Justin <JEllis@mololamken.com>
**Cc:** Kelley, Mark <mkelley@mololamken.com>; Ahn, Lois <lahn@mololamken.com>; Baratz, Michael <MBaratz@steptoe.com>; Marshak, Emma <emarshak@steptoe.com>
**Subject:** RE: Girard Street Investment Holdings LLC v. PDV Holding, No. 24 Civ. 4448 (SDNY)

Hi Justin-

Thank you for the notice.  Are you available to discuss on Monday? We are available 9-10 am or 11 am – 12:30 pm.  If that doesn't work on your end. Please let us know your availability on Tuesday.

Best regards,

1

Evan

**Evan Glassman**
Partner

**Steptoe**

Steptoe LLP | 1114 Avenue of the Americas | New York, NY 10036
+1 212 506 3909 direct | +1 917 399 4925 mobile | +1 212 506 3950 fax |
eglassman@steptoe.com | www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Ellis, Justin <JEllis@mololamken.com>
**Sent:** Friday, June 14, 2024 4:39 PM
**To:** Glassman, Evan <eglassman@steptoe.com>
**Cc:** Kelley, Mark <mkelley@mololamken.com>; Ahn, Lois <lahn@mololamken.com>
**Subject:** [EXTERNAL] Girard Street Investment Holdings LLC v. PDV Holding, No. 24 Civ. 4448 (SDNY)

Dear Mr. Glassman:

We represent Contrarian Capital Management, LLC and Red Tree Investments LLC, two judgment creditors with liens on the PDVH shares in the Delaware *Crystallex* proceeding. Contrarian and Red Tree intend to intervene in the above-captioned case. Could you please let us know Girard Street's position on that request? We are of course available to discuss.

Best,

Justin Ellis

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
(212) 607 8159
jellis@mololamken.com

---

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.

3