```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
G&A STRATEGIC INVESTMENTS I LLC,    :
et al.,                             :
                                    :
        Plaintiffs,                 :
                                    :   23-cv-10766 (JSR)
        -v-                         :
                                    :
PETRÓLEOS DE VENEZUELA, S.A.        :
et al.,                             :
                                    :
        Defendants.                 :
------------------------------------x
GIRARD STREET INVESTMENT            :
HOLDINGS LLC,                       :
                                    :
        Plaintiff,                  :
                                    :   23-cv-10772 (JSR)
        -v-                         :
                                    :
PETRÓLEOS DE VENEZUELA, S.A.        :
et al.,                             :
                                    :
        Defendants.                 :
------------------------------------x
GIRARD STREET INVESTMENT            :
HOLDINGS LLC,                       :
                                    :
        Plaintiff,                  :
                                    :   24-cv-04448 (JSR)
        -v-                         :
                                    :
PDV Holding, Inc.                   :
                                    :
        Defendant.                  :
------------------------------------x
```

ORDER

JED S. RAKOFF, U.S.D.J.

On consent of all parties, the above-captioned cases are hereby consolidated for all pre-trial purposes.

In addition, plaintiff in the "Girard Street" cases are permitted to file by no later than 5pm on September 30, 2024, an amended complaint bearing the captions and docket numbers of both these cases, *i.e.*, 23-cv-10772 and 24-cv-04448. The parties in all these cases must also file with the Court by 5pm on October 7, 2024, a proposed consolidated case management plan for all actions. The parties must arrange for all discovery and motion practice to be concluded by no later than February 2025.

This Order disposes of the following items on the docket number 24-cv-04448: ECF No. 24 (motion to stay), denied as moot; ECF No. 25 (motion to dismiss), denied as moot; and ECF No. 28 (case management plan), rescinded.

SO ORDERED.

Dated: New York, NY
September 27, 2024

_____
JED S. RAKOFF, U.S.D.J.