```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
G&A STRATEGIC INVESTMENTS I LLC,     :
et al.,                              :
                                     :
        Plaintiffs,                  :
                                     :   23-cv-10766 (JSR)
        -v-                          :
                                     :
PETRÓLEOS DE VENEZUELA, S.A.         :
et al.,                              :
                                     :
        Defendants.                  :
------------------------------------x
GIRARD STREET INVESTMENT             :
HOLDINGS LLC,                        :
                                     :
        Plaintiff,                   :
                                     :   23-cv-10772 (JSR)
        -v-                          :
                                     :
PETRÓLEOS DE VENEZUELA, S.A.         :
et al.,                              :
                                     :
        Defendants.                  :
------------------------------------x
GIRARD STREET INVESTMENT             :
HOLDINGS LLC,                        :
                                     :
        Plaintiff,                   :
                                     :   24-cv-04448 (JSR)
        -v-                          :
                                     :
PDV Holding, Inc.                    :
                                     :
        Defendant.                   :
------------------------------------x
```

ORDER

JED S. RAKOFF, U.S.D.J.

Before this Court is a motion of plaintiff Girard Street Investment Holdings, LLC ("Girard Street"): (1) to compel Petróleos de Venezuela, S.A. ("PDVSA"), a defendant in this action, to produce the documents PDVSA previously produced in the following litigations: <u>Petróleos de Venezuela, S.A. et al. v. MUFG Union Bank, B.A. et al.</u>, No. 19-cv-10023 (S.D.N.Y.); <u>Crystallex International Corp. v. Bolivarian Republic of Venezuela</u>, No. 17-cv-151 (D. Del.); and <u>OI Eur. Grp. B.V. v. Bolivarian Republic of Venezuela</u>, No. 19-cv-290 (D. Del.), and (2) "for additional time at PDVSA's Rule 30(b)(6) depositions to explore PDVSA's document collection and review efforts." (Dkt. 102 at 2). PDVSA opposes Girard Street's motion. (Dkt. 106).

After due consideration, this Court finds that PDVSA's document productions in the three above-captioned actions are relevant to plaintiff's allegations in these consolidated actions, and not unduly burdensome to produce. Accordingly, the Court hereby grants Girard Street's motion to compel. The Court also grants Girard Street's request for additional time—limited to two hours maximum—to conduct Rule 30(b)(6) depositions of PDVSA's corporate representatives.

New York, NY
February 11, 2025

_____
JED S. RAKOFF, U.S.D.J.