S K A D D E N,  A R P S,  S L A T E,  M E A G H E R  &  F L O M  LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

**www.skadden.com**

DIRECT DIAL
212.735.2628
DIRECT FAX
917.777.2628
EMAIL ADDRESS
JAY.KASNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

July 11, 2025

**BY E-MAIL and ECF**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
RakoffNYSDChambers@nysd.uscourts.gov

Re: *G&A Strategic Investments I LLC, et al. v. Petroleos De
Venezuela, S.A., et al.*, No. 23-cv-10766 (JSR), and related cases

Dear Judge Rakoff:

We write on behalf of all parties pursuant to the Court's July 10, 2025, Order and June 25, 2025, Opinion & Order to present the following amounts of judgment to be entered as of July 11, 2025:

- Halliburton / Girard Note: $287,112,848.55
- SLB / G&A Notes: $1,150,895,902.18

To the extent judgment is entered after July 11, 2025, the per-diem interest for the (i) Halliburton / Girard Note is $40,753.45 and (ii) SLB / G&A Notes is $163,013.70. All parties reserve all rights, including any appellate rights, with respect to the Court's July 10, 2025, Order and June 25, 2025, Opinion & Order.

The Honorable Jed S. Rakoff
July 11, 2025
Page 2

Respectfully submitted,

/s/ *Jay B. Kasner*

Jay B. Kasner

cc:     All counsel of record via ECF